FILED
CLERK, U.S. DISTRICT COURT

AUG - 5 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  BILAL A. ESSAYLI
   Acting United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   ROBERT K. QUEALY[1]
4  Special Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6874
7       Facsimile: (213) 894-0141
        E-mail:   Robert.Quealy@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          Case No. 2:25-mj-04835-DUTY-1

13            Plaintiff,               GOVERNMENT'S NOTICE OF REQUEST FOR
                                       DETENTION
14            v.

15  ASHLEIGH BROWN,

16            Defendant.

17

18       Plaintiff, United States of America, by and through its counsel

19  of record, hereby requests detention of defendant and gives notice of

20  the following material factors:

21  ☐  1.    Temporary 10-day Detention Requested (§ 3142(d)) on the

22            following grounds:

23      ☐  a.    present offense committed while defendant was on release

24            pending (felony trial),

25      ☐  b.    defendant is an alien not lawfully admitted for

26            permanent residence; and

27

28
        _____
        [1] Authorized to Practice Pursuant to Local Rule 83-2.1.4.2

1

2    ☐  c.   defendant may flee; or

3    ☐  d.   pose a danger to another or the community.

4  ☒ 2.   Pretrial Detention Requested (§ 3142(e)) because no

5        condition or combination of conditions will reasonably

6        assure:

7  ☒  a.   the appearance of the defendant as required;

8  ☒  b.   safety of any other person and the community.

9  ☐ 3.   Detention Requested Pending Supervised Release/Probation

10        Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

11        § 3143(a)):

12  ☐  a.   defendant cannot establish by clear and convincing

13           evidence that he/she will not pose a danger to any

14           other person or to the community;

15  ☐  b.   defendant cannot establish by clear and convincing

16           evidence that he/she will not flee.

17  ☐ 4.   Presumptions Applicable to Pretrial Detention (18 U.S.C.

18        § 3142(e)):

19  ☐  a.   Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

20           (46 U.S.C. App. 1901 et seq.) offense with 10-year or

21           greater maximum penalty (presumption of danger to

22           community and flight risk);

23  ☐  b.   offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

24           2332b(g)(5)(B) with 10-year or greater maximum penalty

25           (presumption of danger to community and flight risk);

26  ☐  c.   offense involving a minor victim under 18 U.S.C.

27           §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

28

1        2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),
2        2260, 2421, 2422, 2423 or 2425 (presumption of danger
3        to community and flight risk);
4    ☐   d.   defendant currently charged with an offense described
5             in paragraph 5a - 5e below, AND defendant was
6             previously convicted of an offense described in
7             paragraph 5a - 5e below (whether Federal or
8             State/local), AND that previous offense was committed
9             while defendant was on release pending trial, AND the
10            current offense was committed within five years of
11            conviction or release from prison on the above-
12            described previous conviction (presumption of danger to
13            community).
14   ☒ 5.   Government Is Entitled to Detention Hearing Under § 3142(f)
15          If the Case Involves:
16   ☐   a.   a crime of violence (as defined in 18 U.S.C.
17            § 3156(a)(4)) or Federal crime of terrorism (as defined
18            in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum
19            sentence is 10 years' imprisonment or more;
20   ☐   b.   an offense for which maximum sentence is life
21            imprisonment or death;
22   ☐   c.   Title 21 or MDLEA offense for which maximum sentence is
23            10 years' imprisonment or more;
24   ☐   d.   any felony if defendant has two or more convictions for
25            a crime set forth in a-c above or for an offense under
26            state or local law that would qualify under a, b, or c
27
28

3

1          if federal jurisdiction were present, or a combination
2          or such offenses;
3   ☐   e.   any felony not otherwise a crime of violence that
4          involves a minor victim or the possession or use of a
5          firearm or destructive device (as defined in 18 U.S.C.
6          § 921), or any other dangerous weapon, or involves a
7          failure to register under 18 U.S.C. § 2250;
8   ☒   f.   serious risk defendant will flee;
9   ☐   g.   serious risk defendant will (obstruct or attempt to
10         obstruct justice) or (threaten, injure, or intimidate
11         prospective witness or juror, or attempt to do so).
12  ☐  6.   Government requests continuance of _____ days for detention
13         hearing under § 3142(f) and based upon the following
14         reason(s):

15
16  _____
17  _____
18  _____
19  //  _____
20  //
21
22
23
24
25
26
27
28

4

1  ☐  7.    Good cause for continuance in excess of three days exists in

2          that:

3

4

5

6

7

8  Dated: August 5, 2025          Respectfully submitted,

9                                 BILAL A. ESSAYLI
                                   Acting United States Attorney
10
                                   CHRISTINA T. SHAY
11                                 Assistant United States Attorney
                                   Chief, Criminal Division
12

13                                 /s/
                                   ROBERT K. QUEALY
14                                 Special Assistant United States
                                   Attorney
15
                                   Attorneys for Plaintiff
16                                 UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28

                                   5