FILED
CLERK, U.S. DISTRICT COURT
8/26/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-cr-00701-FMO |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault of Federal Officer] |
| ASHLEIGH BROWN, | **[CLASS A MISDEMENAOR]** |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about August 2, 2025, in Los Angeles County, within the Central District of California, defendant ASHLEIGH BROWN intentionally and forcibly assaulted victim Z.C., an officer employed by the Federal Protective Service, Department of Homeland Security,

//

//

1  while Z.C. was engaged in, and on account of, the performance of
2  Z.C.'s official duties.

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances S. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

ROBERT K. QUEALY
Special Assistant United States Attorney
General Crimes Section

2