# EXHIBIT A

On Saturday 08/02/2025 at approximately 1812 hours, I (Inspector Z████ C████) was stationed at the loading dock area of the Edward Roybal Federal Building and Courthouse as part of the Operation Skipjack response team. Alongside a team of approximately 10 Federal Protective Service (FPS) Inspectors, I was monitoring a crowd of demonstrators gathered on both sides of Alameda Street, a busy five-lane thoroughfare in downtown Los Angeles. The crowd consisted of approximately 50 individuals, with about 10 demonstrators using megaphones and playing loud music from the east side of Alameda Street. The demonstrators amplified sirens and high-pitched noises through their megaphones, creating a disruptive and excessively loud environment.

While observing the scene, I witnessed a Hispanic male, later identified as REDONDO-ROSALES, Jonathon DOB: ████/1989, approximately 5'08" and 190 pounds, wearing black shoes, black pants, a black t-shirt, and a tan "boonie" style hat, run in front of an unmarked federal law enforcement vehicle—a black Dodge Charger—exiting federal property onto Alameda Street. This individual had previously engaged in similar behavior during prior demonstrations, including blocking the exit and interfering with federal facility operations. The subject rolled onto the hood of the vehicle, appearing to cause damage.

Inspector William Terpstra and I approached the subject and informed him that he was under arrest. I issued multiple verbal commands instructing the subject to get on the ground. As I closed the distance, the subject struck me in the face with a closed left fist while holding his hat. Despite repeated verbal commands, the subject resisted arrest by slapping away both my hands and those of Inspector Terpstra. The subject then attempted to evade apprehension by walking backward at a fast pace. During his retreat, he fell onto his buttocks approximately 10 feet into the southbound lane of Alameda Street.

I continued issuing verbal commands for the subject to get on the ground and place his hands behind his back. The subject stood up and swung his right arm, striking me in the face and dislodging my protective eyewear. I immediately secured the subject's right arm while Inspector Terpstra executed a takedown maneuver, bringing the subject to the ground on his stomach. At this point, a crowd of approximately 20-30 demonstrators surrounded us, escalating the situation.

Despite the growing crowd, I maintained verbal commands while providing cover for the arresting officers. APM Anthony Sermons assisted Inspector Terpstra in placing the subject in handcuffs. Once secured, Inspector Eric Murberg escorted the subject into the loading dock area for a search incident to arrest.

While escorting Rosales to the loading dock area, I was walking in front of a group of inspectors. Directly behind me was Inspector Murberg (7P775). While heading toward the Alameda entrance, a Hispanic female, later identified as Ashleigh Brown, walked past me. Brown was instructed by me and other Inspectors to get back as we escorted Rosales to the federal building. She ignored instructions to get back and proceeded into the group of inspectors behind me, toward Rosales. As she passed me, she swung her right arm and struck my left arm and torso. I turned around, pointed at her, and informed Inspector Williams (9P1547) that she had just hit me. Inspector Murberg also witnessed the incident and pointed at Ashleigh Brown. Inspector Williams approached Brown to take her into custody, but she pulled away from him. After a brief struggle to gain control of Brown, Inspector Williams and Inspector Terpstra 5P1515 placed her on the ground and detained her using handcuffs.



Digitally signed by Z███ B C███
Date: 2025.09.12 08:27:02 -04'00'