# EXHIBIT A



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Lauren Border*  
*Phone: (213) 894-8231*  
*E-mail: Lauren.Border@usdoj.gov*

*1200 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

---

September 12, 2025

**VIA E-MAIL**

Erica Choi  
Deputy Public Federal Defender  
Erica_Choi@fd.org

Re: <u>United States v. Ashleigh Brown</u>, 2:25-cr-00701-FMO  
Disclosure Pursuant to Fed. R. Evid. 404

Dear Counsel:

Pursuant to Federal Rule of Evidence 404 and other Rules of Evidence, the government hereby discloses a detailed written summary of evidence that the government may use at trial based on witness testimony and documents that will be produced to the defense.

Depending on the arguments and questions of defense counsel at trial, and the potential testimony of defendant, the government may seek to admit evidence regarding defendant's conduct on August 28, 2025 that led to her arrest for violation of 18 U.S.C. §§ 371, 119: Conspiracy to Publicly Disclose the Personal Information of a Federal Agent.

Specifically, at approximately 12:30 p.m. on August 28, 2025, ICE Deportation Officer ("DO") R.R. left his workplace at the Federal Building located at 300 N Los Angeles St. in Los Angeles, California (the "Federal Building") after performing his official duties. DO R.R. proceeded to his home address in Baldwin Park, California. On the way home, he noticed a black sedan following him. After making efforts to lose the black sedan following him, he continued to his home residence.

After arriving at his residence, DO R.R. got into his personal vehicle with his spouse. He then saw two masked females approaching his personal vehicle who appeared to be recording with their phones. DO R.R. also saw the same black sedan that had previously been following him parked in his neighbor's driveway. The black sedan had a Colorado license plate with the plate number ending in "O63." DO R.R. also saw there was a third masked female by the black sedan that also appeared to be recording.

According to DO R.R., the three females (one of which was later identified to be defendant) began yelling and shouting that DO R.R. was an ICE agent. They also shouted DO R.R.'s personal home address. As they did so, they appeared to be filming their actions on their

Erica Choi
RE: United States v. Brown
September 12, 2025
Page 2

phones, and possibly live streaming their actions on social media. Given the actions by the three females, DO R.R. decided to call the police. While waiting for police to arrive, DO R.R. exited his personal vehicle and confronted the masked females. According to DO R.R., one of the masked females, later identified as Cynthia Raygoza, placed a hand on DO R.R., pushed him, and threatened to throw her coffee cup at him.

BPPD personnel arrived to DO R.R.'s home at approximately 12:55 pm and arrested Raygoza for battery. BPPD officers also identified defendant at the scene and determined that the black sedan that was following DO R.R. (and parked in his neighbor's driveway) was registered to defendant. Videos posted to social media also show defendant telling BPPD officers that the black sedan is hers.

Following a search of social media, federal agents determined that at the time of the incident, two Instagram users were broadcasting a live stream of the above-described events. These Instagram users were: "defendmesoamericanculture" and "ice_out_ofla." In addition, "ice_out_ofla," which belongs to defendant, shared the videos that it was live streaming on a separate account, "corn_maiden_design," which also belongs to defendant. The live streams were being broadcasted from the perspective of the black sedan that was following DO R.R. from the Federal Building to his residence in Baldwin Park. During the recording, three female voices can be heard speaking within the car. Later, the live stream videos depicted the persons who appeared to be holding the devices that were filming the videos shouting at DO R.R. and his wife, and walking up and down the residential street yelling "la migra lives here" and "ice lives on your street and you should know". The two users also repeatedly yelled out DO R.R.'s home address on the live stream. Shortly after the incident, the videos were taken down from the "ice_out_ofla" and "defendmesoamericanculture" accounts.

Depending on the arguments and questions of defense counsel at trial, and the potential testimony of defendant, this evidence would be probative of defendant's motive and intent to forcibly assault victim Z.C., and rebuts the defense of mistake or accident. It further rebuts any claim of self-defense, or allegation of excessive force by law enforcement in the instant matter. Specifically, defendant's prior acts would disprove any argument or testimony that hitting Z.C. was an accident or merely the product of excessive force by law enforcement. Additionally, if defendant offers evidence of her alleged peacefulness, or attempts to attack the character of the victim in this case, this evidence may be used to rebut it. *See* Fed. R. Evid. 404(a)(2)(A), (B).

*   *   *

This notice does not waive or relinquish the government's right to introduce the evidence described herein under any other applicable rule or principle of law. This notice also does not waive the government's right to identify and notice additional Rule 404 evidence in the future. Please let me know if you would like to further discuss any of the matters raised above.

Erica Choi
RE: United States v. Brown
September 12, 2025
Page 3

Very truly yours,

*/s/ Lauren Border*

LAUREN E. BORDER

Assistant United States Attorney



**United States Department of Justice**

**United States Attorney's Office**
**Central District of California**

---

*Lauren Border*  
*Phone: (213) 894-8231*  
*E-mail: Lauren.Border@usdoj.gov*

*1200 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

September 26, 2025

<u>**VIA E-MAIL**</u>

Erica Choi
Shannon Coit
Deputy Public Federal Defenders
Erica_Choi@fd.org
Shannon_Coit@fd.org

      Re:    <u>United States v. Ashleigh Brown</u>, 2:25-cr-00701-FMO
             Disclosure Pursuant to Fed. R. Evid. 404

Dear Counsel:

    Pursuant to Federal Rule of Evidence 404 and other Rules of Evidence, the government hereby supplements its disclosure of evidence that the government may use at trial based on witness testimony and documents that will be produced to the defense.

    As disclosed in my prior letter dated September 12, 2025, depending on the arguments and questions of defense counsel at trial, and the potential testimony of defendant, the government may seek to admit evidence regarding defendant's conduct on August 28, 2025 that led to her arrest for violation of 18 U.S.C. §§ 371, 119: Conspiracy to Publicly Disclose the Personal Information of a Federal Agent.

    Specifically, the government may offer at trial the following exhibits:

- Aug. 28, 2025 video posted via Instagram (USAO_037)

- Aug. 28, 2025 video from ice_out_ofla (USAO_038)

- Aug. 28, 2025 screenshot from social media posting (USAO_036)

                             *      *      *

Erica Choi / Shannon Coit
RE:  United States v. Brown
September 26, 2025
Page 2

      This notice does not waive or relinquish the government's right to introduce the evidence described herein under any other applicable rule or principle of law.  This notice also does not waive the government's right to identify and notice additional Rule 404 evidence in the future.  Please let me know if you would like to further discuss any of the matters raised above.

Sincerely,

*/s/ Lauren Border*

LAUREN E. BORDER

Assistant United States Attorney