Lauren E. Border (Bar No. 327770)
AUSA - Office of US Attorney
312 North Spring Street, 12th Floor
Los Angeles, CA 90012
(213) 894-8231

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25-cr-00701-FMO |
| v. | |
| ASHLEIGH BROWN | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Exhibit D to the Government's Motion in Limine #2 to Admit Evidence Under Fed. R. Evid. 404(b).

**Reason:**

[ ] Under Seal
[ ] In Camera
[✓] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

September 26, 2025
Date

Lauren E. Border
Attorney Name

USA
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**