## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 25-00701-FMO-1** | Date | **September 30, 2025** |
|---|---|---|---|

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Interpreter | None Present |

| Vanessa Figueroa | None Present | Lauren Elizabeth Border, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ASHLEIGH BROWN | NOT | | X | Erica Choi, DFPD | NOT | | X |

**Proceeding**  **(In Chambers) Order Re: Notice of T-Max**

On the court's motion, IT IS ORDERED THAT the government shall, no later than **Thursday, October 2, 2025**, file a Notice Re: T-Max Calculation setting forth the T-Max date in this case.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Deputy Clerk | | vdr |