BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
LAUREN E. BORDER (Cal. Bar No. 327770)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8231
    Facsimile: (213) 894-0141
    E-mail:   lauren.border@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00701-FMO |
|---|---|
| Plaintiff, | JOINT STATEMENT OF THE CASE |
| v. | Trial Date: October 21, 2025 |
| ASHLEIGH BROWN, | Trial Time: 9:00 a.m. |
| Defendant. | Location: Courtroom of the Hon. Fernando M. Olguin |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California, Assistant United States Attorney Lauren E. Border, and defendant ASHLEIGH BROWN ("defendant"), by and through her counsel of record, Deputy Federal Public Defenders Erica Choi and Shannon Coit, hereby submit the following Joint Statement of the Case.

```
Dated: October 3, 2025           Respectfully submitted,

                                 BILAL A. ESSAYLI
                                 Acting United States Attorney

                                 JOSEPH T. MCNALLY
                                 Assistant United States Attorney
                                 Acting Chief, Criminal Division


                                    /s/
                                 LAUREN E. BORDER
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

Dated: October 3, 2025
                                    /s/ with email authorization*
                                 ERICA CHOI
                                 SHANNON COIT
                                 Attorneys for Defendant
                                 ASHLEIGH BROWN
```

* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**JOINT STATEMENT OF THE CASE**

The United States charges defendant ASHELIGH BROWN with assaulting a federal officer, in violation of 18 U.S.C. § 111(a)(1). Specifically, the government alleges that on August 2, 2025, in Los Angeles, California, defendant intentionally assaulted victim Z.C., an officer employed by the Federal Protective Service, Department of Homeland Security, by hitting him in the arm and torso area. Defendant denies the charge and has entered a plea of not guilty.