BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
LAUREN E. BORDER (Cal. Bar No. 327770)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8231
    Facsimile: (213) 894-0141
    E-mail:    lauren.border@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ASHLEIGH BROWN,<br><br>        Defendant. | No. 2:25-cr-00701-FMO<br><br>DECLARATION OF LAUREN E. BORDER PURSUANT TO FED. R. CRIM. P. 5(f)<br><br>Trial Date:  October 21, 2025<br>Trial Time:  9:00 a.m.<br>Location:    Courtroom of the Hon. Fernando M. Olguin |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District

//

//

of California and Assistant United States Attorney Lauren E. Border, hereby files its declaration pursuant to Fed. R. Crim. P. 5(f) in accordance with the Court's standing order.  (Dkt. 30.)

Dated: October 3, 2025                Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division


          /s/
LAUREN E. BORDER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF LAUREN E. BORDER**

I, Lauren E. Border, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. I file this declaration on behalf of the Court's order dated September 8, 2025. (Dkt. 30.)

3. As of date of this declaration, the government has produced or made available for inspection to the defense all evidence in its current possession that is relevant to defendant's guilt/punishment or that is favorable to defendant on the issue of guilt/punishment regarding the charged incident. The government is currently attempting to obtain additional evidence, including digital evidence pursuant to a search warrant, regarding defendant's recent felony indictment for conspiracy to publicly disclose the personal information of a federal agent, which the government believes should be admitted at trial under Fed. R. Evid. 404(b). (See Gov't Motion in Limine #2, dkt. 42.) The government's efforts are ongoing as defendant was recently indicted on September 23, 2025, and the Court has yet to rule on the government's motion in limine to admit this evidence.

4. To comply with its obligations under Brady v. Maryland, 373 U.S. 83 (1963), and Fed. R. Crim. P. 5(f), the government has sought out and produced or made available for inspection all known Brady evidence. The government is unaware of any relevant evidence in its possession that has not been produced or made available to defendant for inspection. The government's review for any additional evidence

that falls under its discovery obligations, including under <u>Brady</u> and Rule 5(f), remains ongoing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 3, 2025.

                                       /s/
                                LAUREN E. BORDER
                                Assistant United States Attorney