CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ERICA CHOI (Bar. No. 302351)
(E-Mail: Erica_Choi@fd.org)
SHANNON COIT (Bar No. 298694)
(E-Mail: Shannon_Coit@fd.og)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ASHLEIGH BROWN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEIGH BROWN,<br><br>Defendant. | Case No. CR 2:25-cr-701-FMO<br><br>**EX PARTE APPLICATION TO FILE DOCUMENT IN CAMERA; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL**<br><br>**Hearing Date:** October 10, 2025<br>**Trial:** October 21, 2025 |

Ashleigh Brown, by and through her counsel of record, Deputy Federal Public Defenders Erica Choi and Shannon Coit, hereby applies for an order that this *Ex Parte* Application to File In Camera the Declaration of Counsel filed in support of Ashleigh Brown's Opposition to Government's Motion *In Limine* #1 to Preclude Self-Defense Arguments, be filed <u>In Camera</u>.  This application is supported by the attached Memorandum of Points and Authorities and Declaration of Counsel.

                Respectfully submitted,

                CUAUHTEMOC ORTEGA
                Federal Public Defender

DATED: October 3, 2025      By  */s/ Shannon Coit*
                ERICA CHOI
                SHANNON COIT
                Deputy Federal Public Defenders
                Attorney for ASHLEIGH BROWN

## MEMORANDUM OF POINTS AND AUTHORITIES

The Court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Local Rule 79-5.1 provides that a party may request that documents be filed *in camera*. Ashleigh Brown requests that the Court seal the Declaration of Counsel filed in support of Ashleigh Brown's Opposition to Government's Motion *In Limine* #1 to Preclude Self-Defense Arguments, because the contents of this document contains information relevant to Ms. Brown's confidential investigation, attorney work product, theory of defense, and defense strategy.

The Ninth Circuit has approved of filing items *ex parte*, under seal, and *in camera* where a party has "no obligation to disclose them." *United States v. Gurolla*, 333 F.3d 944, 951 (9th Cir. 2003) (quoting *United States v. Klimavicius-Viloria*, 144 F.3d 1249, 1261 (9th Cir. 1998); *see also United States v. Peltier*, 693 F.2d 96, 97-98 (9th Cir. 1982) (per curiam) (reviewing offer of proof made *in camera* by defendant's counsel below); *United States v. Williams*, 791 F.2d 1383, 1387 (9th Cir. 1986) (reviewing oral and written offers of proof made *in camera* below). In the case of a pretrial offer of proof of a defense, the Court has held that defendants are not required to disclose their anticipated trial testimony to the government to present that particular defense. *See United States v. Carpenter*, 923 F.3d 1172, 1180 (9th Cir. 2019). In deciding whether to permit an in camera filing, the court must conduct a "balancing test" where it "consider[s] the competing rights of the defendant and the public." *Id*. The defendant must show a "compelling reason to seal the proffer." *Id*. A compelling reason can include evidence that disclosure to the government would "prejudice" the defendant's case, and the defense's argument must be tied to the specific factual circumstances of the case. *Id*. at 1179.

Here, compelling reasons exist for filing the Declaration of Counsel filed in support of Ms. Brown's Opposition to the Government's Motion *In Limine* #1 *in camera*. This document discusses the defense's investigation, litigation strategy, and

trial preparation in great detail. If the government reviewed the *in camera* filing, it would learn the specific evidence and testimony Ms. Brown relating to a self-defense defense. This information is attorney work product that is protected from disclosure. *See United States v. Eshkol*, 108 F.3d 1025, 1028 (9th Cir. 1997) (approving of *in camera* memoranda to prevent disclosure of defense theory).

      For the above reasons, Ms. Brown asks that the Court file the above-described declaration of counsel *in camera*.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: October 3, 2025      By  /s/ Shannon Coit
      ERICA CHOI
      SHANNON COIT
      Deputy Federal Public Defenders
      Attorneys for ASHLEIGH BROWN

**DECLARATION OF SHANNON COIT**

I, Shannon Coit, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I am appointed to represent Ashleigh Brown in this matter. I make this declaration based on personal knowledge.

2. Ms. Brown requests leave to file under seal and *in camera* the Declaration of Counsel filed in support of her Opposition to Government's Motion *In Limine* #1 to Preclude Self-Defense Arguments.

3. An under seal and *in camera* filing is necessary because the declaration describes in detail trial theory and defense strategy. This information is unknown to the government. Should the government discover the details of Ms. Brown's trial theory and defense strategy, Ms. Brown's defense will be severely prejudiced.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 3, 2025, at Los Angeles, California.

*/s/ Shannon Coit*              .