1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:25-CR-701-FMO |
|---|---|
| Plaintiff, | **ORDER GRANTING EX PARTE APPLICATION [61] TO FILE DOCUMENT IN CAMERA** |
| v. | |
| ASHLEIGH BROWN, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Declaration of Counsel filed in support of Ashleigh Brown's Opposition to Government's Motion *In Limine* #1 to Preclude Self-Defense Arguments be filed <u>in camera</u>.

DATED: October 9, 2025        By _____/s/_____

HON. FERNANDO M. OLGUIN
United States District Judge