# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. **CR 25-00701-FMO-1** | Date **October 10, 2025** |

Present: The Honorable  **Fernando M. Olguin, United States District Judge**

Interpreter  None Present

| Vanessa Figueroa | Miranda Algorri | Clifford Mpare & Frances Lewis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ASHLEIGH BROWN | X | X | | Erica Choi, DFPD | X | X | |
| | | | | Shannon Coit, DFPD | X | X | |

**Proceedings:**   **Pretrial Conference (Held & Completed); Motions Hearing (Not Held)**

The court and counsel confer regarding the pending motions, jury instructions, voir dire, and trial schedule. Accordingly, IT IS ORDERED THAT:

1. The court will issue an order at a later date continuing the trial date.

2. The court will issue its orders on the pending motions prior to the start of trial.

3. The government shall submit, for the court's in camera review, a declaration made under penalty of perjury addressing whether a grand jury proceeding occurred in this case. The declaration shall be submitted no later than **October 13, 2025, at 5:00 p.m.**

4.. The government shall provide defendant with Rule 404(b) notice of any additional "other acts" evidence by **October 15, 2025**. If additional notice is provided, the parties shall submit proposed jury instructions related to such evidence by **October 17, 2025**.

5. The government shall file a declaration by **October 14, 2025**, addressing the status of its obligations to disclose discoverable Henthorn material, if any, to defendant. If such material exists, the government shall include in the declaration the date by which it will be produced to the defendant.

6. The parties shall submit briefing on the limited issue of defendant's request for materials pertaining to excessive force. Each party's brief shall be limited to no more than five pages. Defendant shall file its brief by **October 13, 2025**. The government shall file its response by **October 15, 2025**. The court will allow defendant to file a reply, if any, by **October 17, 2025**. The court will issue its ruling shortly after all briefing is complete.

|  | 00 : 20 |
|---|---|
|  | Initials of Deputy Clerk   vdr |