BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
CLIFFORD MPARE (Cal. Bar No. 337818)
Assistant United States Attorney
Major Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4962
    Facsimile: (213) 894-0141
    E-mail:    clifford.mpare@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>ASHLEIGH BROWN,<br><br>      Defendant. | No. 2:25-cr-00701-FMO<br><br>DECLARATION OF CLIFFORD D. MPARE REGARDING HENTHORN DISCLOSURES<br><br>Trial Date:  October 21, 2025<br>Trial Time:  9:00 a.m.<br>Location:    Courtroom of the Hon. Fernando M. Olguin |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District

//

//

of California and Assistant United States Attorney Clifford D. Mpare, hereby files its declaration in accordance with the Court's order at the final pretrial conference.  (Dkt. No. 70).

Dated: October 14, 2025						Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division


	_____/s/_____
CLIFFORD D. MPARE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF CLIFFORD D. MPARE**

I, Clifford D. Mpare, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. On October 10, 2025, the parties appeared before the Court for a final pretrial conference. At the pretrial conference, the parties and the Court discussed ongoing Henthorn obligations by the government. (Dkt. No. 70). I file this declaration on behalf of the Court's order at the October 10, 2025, pretrial conference regarding the government's Henthorn obligations.

3. As of date of this declaration, the government has conducted a review of all applicable Henthorn material related to potential witnesses in this case. It has not identified any materials necessary for disclosure to the defense at this time. The government will continue to abide by its discovery and Henthorn obligations during the pendency of this matter.

4. To comply with its obligations under Brady v. Maryland, 373 U.S. 83 (1963), and Fed. R. Crim. P. 5(f), the government has sought out and produced or made available for inspection all known Brady evidence. The government is unaware of any relevant evidence in its possession that has not been produced or made available to defendant for inspection. The government's review for any additional evidence that falls under its discovery obligations, including under Brady and Rule 5(f), remains ongoing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that

1  this declaration is executed at Los Angeles, California, on October
2  14, 2025.

                                        /s/
                                    _____
                                    CLIFFORD D. MPARE
                                    Assistant United States Attorney