# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No.  **CR 25-00701-FMO-1** | Date  **October 17, 2025** |

Present: The Honorable  Fernando M. Olguin, United States District Judge

Interpreter  None Present

| Vanessa Figueroa | None Present | None Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ASHLEIGH BROWN | NOT | X | | Erica Choi, DFPD | NOT | X | |
| | | | | Shannon Coit, DFPD | NOT | X | |

**Proceedings:**   **(In Chambers) Order Re: Further Proceedings**

     Pursuant to the pretrial conference held on October on October 10, 2025, IT IS ORDERED THAT the trial set for October 21, 2025, is hereby **vacated**.  As the court indicated at the pretrial conference, a separate order will be issued setting the trial.

 

|  | 00 : 00 |
|---|---|
|  | Initials of Deputy Clerk   vdr |