BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
CLIFFORD D. MPARE (Cal. Bar No. 337818)
Assistant United States Attorney
Major Crimes Section
LAUREN E. BORDER (Cal. Bar No. 327770)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4962 / 8231
    Facsimile: (213) 894-0141
    E-mail: clifford.mpare@usdoj.gov
          lauren.border@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00701-FMO |
| Plaintiff, | <u>NOTICE OF REQUEST FOR TRIAL DATE</u> |
| v. | |
| ASHLEIGH BROWN, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Clifford D. Mpare and Lauren E. Border, hereby requests the Court set a trial date in <u>United States v. Ashleigh Brown</u>, Case No. 2:25-cr-00701-FMO, based on the following facts:

    1. On September 2, 2025, the Court set a trial date of October 21, 2025. (Dkt. 29.)

1    2.  On October 10, 2025, the Court held a pretrial conference
2 and informed the parties it would issue an order at a later date
3 continuing the trial date. (Dkt. 70.)
4    3.  On October 17, 2025, the Court vacated trial set for
5 October 21, 2025. (Dkt. 78.)
6    4.  Defendant has not waived her rights under the Speedy Trial
7 Act. On September 30, 2025, in response to the Court's order, the
8 Government filed a notice stating the last day by which trial must
9 commence is November 4, 2025. (Dkt. 50.)
10   The Government thus respectfully requests the Court set a trial
11 date so that witnesses may be subpoenaed and trial may proceed
12 without delay.

Dated: October 22, 2025          Respectfully submitted,

                                 BILAL A. ESSAYLI
                                 Acting United States Attorney

                                 ALEXANDER B. SCHWAB
                                 Assistant United States Attorney
                                 Acting Chief, Criminal Division


                                       /s/
                                 LAUREN E. BORDER
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA