# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ASHLEIGH BROWN, <br> Defendant. | Case No. CR 25-00701-FMO <br><br> **ORDER Re: GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SETTING TRIAL DATE** |

Having reviewed and considered the government's Ex Parte Application for an Order Setting Trial Date, (Dkt. 81, "Application"), IT IS ORDERED THAT:

1. The trial in this case is hereby set to begin on **Monday, November 3rd, 2025**, at **9:00 a.m.** On the first day of trial, counsel must appear at 8:30 a.m. to discuss preliminary matters with the court.

2. The government's Application (**Document No. 81**) is **denied** as moot.

Dated this 27th day of October, 2025.

/s/
Fernando M. Olguin
United States District Judge