# Exhibit A

# Filed *In Camera*