# Exhibit F

Case 2:25-cr-00701-FMO   Document 83-6   Filed 10/27/25   Page 1 of 5   Page ID #:473

|   |   |   |
|---|---|---|
| 1 | BILAL A. ESSAYLI<br>Acting United States Attorney | |
| 2 | JOSEPH T. MCNALLY<br>Assistant United States Attorney | |
| 3 | Acting Chief, Criminal Division<br>CLIFFORD MPARE (Cal. Bar No. 337818) | |
| 4 | Assistant United States Attorney<br>Major Crimes Section | |
| 5 |     1200 United States Courthouse<br>    312 North Spring Street | |
| 6 |     Los Angeles, California 90012<br>    Telephone: (213) 894-4962 | |
| 7 |     Facsimile: (213) 894-0141<br>    E-mail:   clifford.mpare@usdoj.gov | |
| 8 | | |
| 9 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA | |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00701-FMO |
|---|---|
| Plaintiff, | DECLARATION OF CLIFFORD D. MPARE REGARDING HENTHORN DISCLOSURES |
| v. | Trial Date: October 21, 2025<br>Trial Time: 9:00 a.m. |
| ASHLEIGH BROWN, | Location: Courtroom of the<br>Hon. Fernando M. |
| Defendant. | Olguin |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District

//

//

of California and Assistant United States Attorney Clifford D. Mpare, hereby files its declaration in accordance with the Court's order at the final pretrial conference.  (Dkt. No. 70).

Dated: October 14, 2025                 Respectfully submitted,

                                        BILAL A. ESSAYLI
                                        Acting United States Attorney

                                        JOSEPH T. MCNALLY
                                        Assistant United States Attorney
                                        Acting Chief, Criminal Division


                                            /s/
                                        _____
                                        CLIFFORD D. MPARE
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

2

**DECLARATION OF CLIFFORD D. MPARE**

I, Clifford D. Mpare, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. On October 10, 2025, the parties appeared before the Court for a final pretrial conference. At the pretrial conference, the parties and the Court discussed ongoing Henthorn obligations by the government. (Dkt. No. 70). I file this declaration on behalf of the Court's order at the October 10, 2025, pretrial conference regarding the government's Henthorn obligations.

3. As of date of this declaration, the government has conducted a review of all applicable Henthorn material related to potential witnesses in this case. It has not identified any materials necessary for disclosure to the defense at this time. The government will continue to abide by its discovery and Henthorn obligations during the pendency of this matter.

4. To comply with its obligations under Brady v. Maryland, 373 U.S. 83 (1963), and Fed. R. Crim. P. 5(f), the government has sought out and produced or made available for inspection all known Brady evidence. The government is unaware of any relevant evidence in its possession that has not been produced or made available to defendant for inspection. The government's review for any additional evidence that falls under its discovery obligations, including under Brady and Rule 5(f), remains ongoing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that

EXHIBIT F - Page 3 of 4

1 | this declaration is executed at Los Angeles, California, on October
2 | 14, 2025.

<pre>
                                        /s/
                               CLIFFORD D. MPARE
                               Assistant United States Attorney
</pre>

2