# Exhibit G

**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
321 EAST 2nd STREET
LOS ANGELES, CALIFORNIA 90012-4202
213-894-2854

| | |
|---|---|
| **CUAUHTEMOC ORTEGA** <br> *Federal Public Defender* <br> **AMY M. KARLIN** <br> *Chief Deputy* <br> **C. PAMELA GÓMEZ** <br> *Capital Habeas Chief* <br> **LISA LABARRE** <br> *Los Angeles Trial Chief* | **KELLEY MUNOZ** <br> *Santa Ana Branch Chief* <br> **ANGELA C.C. VIRAMONTES** <br> *Riverside Branch Chief* <br> **MARGARET A. FARRAND** <br> *Appeals Chief* <br> **JONATHAN C. AMINOFF** <br> *Non-Capital Habeas Chief* <br> **NEHA CHRISTERNA** <br> *Collaborative Courts Chief* |

Direct Dial: (213) 894-4787

September 24, 2025

Lauren E. Border
Assistant United States Attorney
312 North Spring Street, Suite 1200
Los Angeles, CA 90012
Lauren.Border@usdoj.gov
**Via E-mail**

Re:  **United States v. Ashleigh Brown, 25-CR-00701-FMO**
      **Second Supplemental Discovery Request**

Dear Ms. Border:

Ms. Brown maintains all previously made request for discovery. In addition, I am writing to request:

1. An unredacted copy of the FPS Report of Investigation of Witness Murberg (USAO 85-86).

2. The audio recording of Witness Murberg's interview.

3. The audio recording of the victim Z.C.'s interview, referenced on USAO 98.

4. The audio recording of Witness Terpestra's interview, referenced on USAO 101.

5. An unredacted copy of the FPS Report of Investigation (USAO 88-103), including the ROI of the victim Z.C.'s interview (USAO 98-99).

6. A transcript of the grand jury proceedings in this matter.

September 24, 2025
Page 2

7. Identification of all officers present at the time of the alleged incident by full name and badge number.

8. Any and all body worn camera footage from all officers present at the time of the alleged incident.

9. In my letter dated September 11, 2025, I requested memoranda, correspondence, manuals, and guidelines, regarding FPS employees dispatched to assist local FPS officers. I am writing to specifically request those records with respect to "Operation Skipjack." Please produce any memorandum, correspondence (such as a letter or email), manual, or similar communication regarding guidance, instructions, or directives for deployment, role, use of force, or similar topics, relating to "Operation Skipjack."

Thank you in advance for your continuing cooperation in providing discovery. Please advise if you do not intend to provide any requested discovery, so that I may make timely motions with the Court.

Sincerely,

*/s/ Erica Choi*

Erica Choi