# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CR 25-00701-FMO | Date | October 27, 2025 |
|---|---|---|---|
| Title | United States v. Ashleigh Brown | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Motion to Compel Use of Force Materials

    Having reviewed and considered all the briefing filed with respect to Ashleigh Brown's ("defendant") Motion to Compel Production of Use of Force Materials, (Dkt. 69, "Motion"), IT IS ORDERED THAT the Motion is **granted** and the government must produce forthwith to defendant those use of force materials which were previously requested by defense counsel. A separate order setting out the court's reasoning will follow.

                                                               Initials of Preparer    vdr