UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CR 25-00701-FMO | Date | October 27, 2025 |
|---|---|---|---|
| Title | United States v. Ashleigh Brown | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: | |
| None Present | None Present | |

**Proceedings:** (In Chambers) Order Re: Motion to Compel Production of Complete Personnel Files; Motion in Limine to Exclude Testimony of Z.C.

Having reviewed and considered all the briefing filed with respect to defendant's Motion to Compel Production of Complete Personnel Files and Motion in Limine to Exclude Testimony of Z.C., (Dkt. 83, "Motion"), the court concludes that it would benefit from full briefing on the issues presented in the Motion. Accordingly, IT IS ORDERED THAT:

1. The government shall file its papers in opposition to the Motion by no later than **Tuesday, October 28, 2025** at **5:00 p.m.**

2. Together with its opposition, the government must submit a declaration signed by counsel for the government that sets forth the names and titles of the individuals who conducted the Henthorn and/or Brady reviews of the relevant personnel file materials, and the dates on which such reviews were conducted. Counsel for the government is cautioned that failure to provide such a declaration may lead to the imposition of sanctions, including but not limited to the exclusion of evidence and/or witnesses.

3. Defendant shall file her reply by no later than **Wednesday, October 29, 2025** at **12:00 p.m. noon.**

4. The court will determine whether to hold a hearing upon receipt of the parties' papers.

Initials of Preparer        vdr