BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
LAUREN E. BORDER (Cal. Bar No. 327770)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8231
    Facsimile: (213) 894-0141
    E-mail:    lauren.border@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00701-FMO |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS WITH PREJUDICE INFORMATION PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| ASHLEIGH BROWN, | |
| Defendant. | |

    Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Lauren E. Border, hereby moves to dismiss with prejudice its information (dkt. 26) in the above-captioned case against defendant ASHLEIGH BROWN ("defendant"), charging defendant with Simple Assault of Federal Officer, in violation of 18 U.S.C. § 111(a)(1).

    The United States moves to dismiss its information with prejudice against defendant in the interests of justice under Federal Criminal Rule 48(a), and therefore respectfully requests that the

Court grant its motion.  Defendant does not oppose dismissal and the parties agree all pending motions should be denied as moot.

Dated: October 27, 2025 　　　　Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

　　　　/s/
LAUREN E. BORDER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA