UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ASHLEIGH BROWN,<br><br>       Defendant. | No. 2:25-cr-00701-FMO<br><br>ORDER GRANTING MOTION TO DISMISS INFORMATION WITH PREJUDICE [86] |

    The Court has read and considered the United States' Motion to Dismiss With Prejudice the Information Pursuant to Federal Rule of Criminal Procedure 48(a).  Finding good cause therefore and that dismissal is in the interests of justice, the Court hereby GRANTS the MOTION and ORDERS as follows:

    1.   The information (dkt. 26) is hereby DISMISSED with
         prejudice as to defendant Ashleigh Brown.
    2.   The jury trial set for November 3, 2025 at 9:00 a.m. is
         hereby vacated.
/ /
/ /

3.   All pending motions are DENIED as moot.

IT IS SO ORDERED.

October 28, 2025                                     /s/
DATE                                    HONORABLE FERNANDO M. OLGUIN
                                        United States District Judge

Presented by:

    /s/
LAUREN E. BORDER
Assistant United States Attorney