JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF, | CR 25-00701-FMO |
| v. | |
| ASHLEIGH BROWN, | **JUDGMENT OF DISCHARGE** |
| DEFENDANT. | **(Fed. R. Crim. P. 32(k)(1))** |

The defendant named above is now entitled to be discharged on ALL pending counts of the Indictment/Information for the reason(s) stated below:

- [x] the Court has granted the motion of the government for dismissal;
- [ ] the Court has granted the motion of the defendant for a judgment of acquittal;
- [ ] a jury has been waived, and the Court has found the defendant not guilty;
- [ ] the jury has returned its verdict, finding the defendant not guilty;
- [ ] an order of dismissal has been entered by the court;
- [ ] other (*specify below*):

IT IS THEREFORE ADJUDGED that the defendant named above is hereby discharged pursuant to Federal Rule of Criminal Procedure 32(k)(1).

- [ ] IT IS ORDERED that the bond of the defendant is hereby exonerated.

October 28, 2025
Date

_Fernando M. Olguin_
United States District Judge

**NOTICE TO U.S. MARSHAL** - This Judgment of Discharge is not a substitute for the Release Form.

CC: U.S. BUREAU OF PRISONS