UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   2:25-cr-00701-FMO-1                                        Date: October 6, 2025

Present: The Honorable:   **ROZELLA A. OLIVER, UNITED STATES MAGISTRATE JUDGE**

Interpreter   N/A

| Eddie Ramirez | Tape No.: CS 10/06/2025 | Lauren Border |
|---|---|---|
| *Deputy Clerk* | *Court Recorder: CourtSmart* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Ashleigh Brown | X | X | | Erica Choi, DFPD | X | | |
| | | | | Shannon Coit, DFPD | X | | |

**Proceedings:**   **MINUTES OF OSC RE: BOND HEARING**

   Case called and counsel and Defendant made their appearances. Pretrial Services Officer Connie Weng was also present. The matter is before the Court for an OSC Re: Bond hearing.

   The Court has received and reviewed the Pretrial Services Report and its recommendations. Defendant placed under oath. After conferring with counsel for the government, Defendant's counsel, and Pretrial Services officer, the Defendant admits to allegation 1 on the petition. The Court dismisses allegations 2, 4 and 5 on the petition. Pretrial Services dismisses allegation 3. The Court orders defendant's bond revoked. Defendant is ordered detained and held in custody of the U.S. Marshal. The bond is exonerated.

:36

**Initials of Deputy Clerk**   ER